UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Petitioner | ) | No. |
| V. | ) | |
| Nima Karamouz | ) | |
| Respondent | ) | |

## AFFIDAVIT OF REVENUE OFFICER

I, Gary A. Rodrigues, Revenue Officer at the Internal Revenue Service, am currently conducting an investigation into the delinquent returns of Nima Karamouz. This case was reassigned to me from Anne Marie MacNamara, who issued and served the summons.

I state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Nima Karamouz, are true to the best of my knowledge and belief.

_____
Gary A. Rodrigues
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me at SOUTHBORO,
State of Massachusetts on the 17TH day of FEBRUARY, 2004

My Commission expires: 10/18/2007    Thomas W Kilmartin
NOTARY PUBLIC