UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | MBD NO. 04-mc-10238 |
| | ) | |
| NIMA KARAMOUZ, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of Gary Rodrigues, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned in Courtroom #15 on the 5th floor, on the 19th day of November, 2004, at 2:00 P.M., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on November 4, 2003.  It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Nima Karamouz on or before November 5, 2004.  It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at Boston, Massachusetts on this 10th day of September, 2004.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge