| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | MBD #04-MC-10238-JGD |
| DEFENDANT | TYPE OF PROCESS |
| nima Karamouz | Order to Show Cause |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Nima Karamouz

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

113 Lakeview Drive, Centerville, MA 02633

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patricia M. Connolly, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 920
Boston, MA  02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

*RECEIVED 2004 OCT -4 A 11:49 U.S. MARSHAL SERVICE BOSTON, MA*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE SERVE ON OR BEFORE OCTOBER 22, 2004

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT

TELEPHONE NUMBER: (617) 748-3282

DATE: 10/4/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: 38
District to Serve No.: 38

Signature of Authorized USMS Deputy or Clerk

Date: 10/4/04

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Natasha Karamouz (mother)

[X] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
at same address

Date of Service: 10/15/04
Time: 8:05 am

46 miles rdtrip

Signature of U.S. Marshal or Deputy: Stephen [illegible]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 65.27 | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80)