UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner, | ) ) ) ) | |
| v. | ) ) | M.B.D. NO. 04-10238-JGD |
| NIMA KARAMOUZ, Respondent. | ) ) ) ) | |

## MOTION FOR AN ORDER TO SHOW CAUSE WHY
## RESPONDENT SHOULD NOT BE HELD IN CONTEMPT

The Petitioner, United States of America, on behalf of its
agency, the Internal Revenue Service, and by its attorney,
Michael J. Sullivan, United States Attorney for the District of
Massachusetts, hereby moves this Court for an order directing the
Respondent, Nima Karamouz, to appear before this Court and show
cause, if any he has, why he should not be held in contempt of
this Court's Order Enforcing Internal Revenue Service Summons
dated November 29, 2004.  In support of this motion the
Petitioner states as follows:

On November 29, 2004, this Court entered an Order Enforcing
Internal Revenue Service Summons, which ordered the Respondent,
Nima Karamouz, to obey the Summons issued to him by the Internal
Revenue Service on or before December 10, 2004.  A copy of the
Order is attached hereto as **Exhibit A.**

The Respondent, Nima Karamouz, has not complied with this
Court's Order.  As set forth in the Affidavit of Revenue Officer,

-2-

attached as **Exhibit B** hereto, the Respondent, Nima Karamouz, has not complied with the Internal Revenue Service Summons, has not provided the summonsed financial information, and has not complied with this Court's order.

WHEREFORE, the Petitioner respectfully requests that this Court order the Respondent, Nima Karamouz, to appear before this Court and show cause, if any he has, why he should not be held in contempt of this Court's Order Enforcing Internal Revenue Service Summons entered November 29, 2004.

Respectfully submitted,

Michael J. Sullivan
United States Attorney

By: _____
    PATRICIA M. CONNOLLY
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way - Suite 9200
    Boston, MA 02210
    (617) 748-3282

Dated: January 13, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
UNITED STATES OF AMERICA,           )
            Petitioner,             )
                                    )
v.                                  )    M.B.D. No. 04-10238-JGD
                                    )
NIMA KARAMOUZ,                      )
            Respondent.             )
                                    )
```

## ORDER ENFORCING INTERNAL
## REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Judith G. Dein for hearing on November 19, 2004 and the respondent, Nima Karamouz, not having shown any cause why he should not obey the Summons issued to him on November 4, 2003:

IT IS ORDERED that Nima Karamouz obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Gary Rodrigues or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before Friday, December 10, 2004 at 9:00 AM at the office of the Internal Revenue Service, 118 Turnpike Road, Suite 100, Southborough, MA 01772, Tel. #(508)460-0406.

Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

_Judith Gay Dein_
JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2004

EXHIBIT
A

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

RECEIVED
U.S. ATTORNEY

05 JAN -5 PM 3: 03

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Petitioner | ) | *10238* |
| | ) | M.B.D. 04-~~10244~~-JGD |
| V. | ) | |
| | ) | |
| NIMA KARAMOUZ, | ) | |
| | ) | |
| Respondent | | |

## AFFIDAVIT OF REVENUE OFFICER

1. I, Gary Rodrigues, Revenue Officer of the Internal Revenue Service, am authorized to issue summonses. A Summons for financial records was issued to Nima Karamouz on November 4, 2003.

2. The information requested in the Summons is necessary to prepare the income tax returns of Nima Karamouz.

3. The respondent has failed and refused to comply with the Summons.

4. On November 29, 2004, an Order Enforcing Internal Revenue Service Summons was issued, ordering the respondent to appear before a Revenue Officer by December 10, 2004.

5. To date, the respondent has not complied with the Order and has not provided the summonsed information, and has not contacted Gary Rodrigues, Revenue Officer, regarding this matter.

_12/22/04_
Date

_Gary A. Rodrigues_
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me this _22nd_ day of _December_ 200 _4_.

EXHIBIT
1

NOTARY PUBLIC

PATRICIA CASEY-ORTIZ, Notary Public
My Commission Expires April 15, 2005

My Commission expires:_____