UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>         Petitioner,<br><br>v.<br><br>NIMA KARAMOUZ,<br>         Respondent. | M.B.D. NO. 04-10238-JGD |

### SECOND MOTION FOR AN ORDER TO SHOW CAUSE WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT

The Petitioner, United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court for an order directing the Respondent, Nima Karamouz, to appear before this Court and show cause, if any he has, why he should not be held in contempt of this Court's Order Enforcing Internal Revenue Service Summons which was dated November 29, 2004. In support of this motion the Petitioner states as follows:

On November 29, 2004, this Court entered an Order Enforcing Internal Revenue Service Summons ordering the Respondent, Nima Karamouz, to obey the Summons issued to him by the Internal Revenue Service on or before December 10, 2004. On November 30, 2004, a copy of the Order was mailed via first class mail and certified mail return receipt requested, which was accepted on December 2, 2004 (see **Exhibit A** attached hereto).

On February 7, 2005, this court issued an order requiring the respondent, Nima Karamouz, to appear before the District Court of Massachusetts on April 5, 2005 and show cause why he should not be held in contempt. Service was accepted by respondent's father on February 24, 2005 (see **Exhibit B** attached hereto).

On March 21, 2005, this office notified the respondent the time change of the April 5, 2005 hearing by first class mail (see **Exhibit C** attached hereto).

On April 5, 2005, the Motion for an Order to Show Cause Why Respondent Should Not Be Held in Contempt came before this Court. Nima Karamouz did not appear at the hearing and the Court requested that the government provide an affidavit documenting the adequacy of service upon Nima Karamouz prior to holding Nima Karamouz in contempt and issuing a warrant for his arrest.

On April 22, 2005, after further inquiry, this office was notified of the respondent's new addresses (Business, Auto Design Haus, 18 Fordham Road, Allston, MA, and Home, 1079 Commonwealth Avenue, Boston, MA.). To address the concern of this Court that Nima Karamouz has received notice of this Court's order, the government will attempt to serve Respondent at both of these newly obtained addresses.

WHEREFORE, the Petitioner respectfully requests that this Court order the Respondent, Nima Karamouz, to appear before this

Court and show cause, if any he has, why he should not be held in contempt of this Court's Order Enforcing Internal Revenue Service Summons entered November 29, 2004.

                                    Respectfully submitted,

                                    Michael J. Sullivan
                                    United States Attorney

By:   /s/ Patricia M. Connolly
       PATRICIA M. CONNOLLY
       Assistant U.S. Attorney
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way - Suite 9200
       Boston, MA 02210
       (617) 748-3282

Dated: May 4, 2005

# EXHIBIT A

Case 1:04-mc-10238-DPW    Document 11    Filed 05/04/2005    Page 4 of 13



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Tel. No. (617) 748-3282
Fax No. (617) 748-3971

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

November 30, 2004

**FIRST CLASS MAIL AND**
**CERTIFIED MAIL NO. 7000 1530 0000 4789 4718**
Nima Karamouz
113 Lakeview Drive
Centerville, MA 02632

Re:   USA v. Nima Karamouz
      U.S. District Court - MBD No. 04-10238-JGD

Dear Mr. Karamouz:

Enclosed please find a copy of the Order Enforcing Internal Revenue Service Summons which was issued by the Court on November 29, 2004. Please note that you must fully comply with said Order by December 10, 2004 in order to avoid further legal proceedings.

Therefore, please report to Revenue Officer Gary Rodrigues on December 10, 2004 at 9:00 am at his office located at 118 Turnpike Road, Suite 100, Southborough, MA, or call Revenue Officer Rodrigues at (508) 460-0406 to make arrangements to meet prior to the December 10, 2004 deadline.

For your convenience, I have enclosed a copy of the respective IRS Summonses which indicate the documents which must be produced to Revenue Officer Rodrigues.

Very truly yours,

Patricia M Connolly /JMZ

Patricia M. Connolly
Assistant U.S. Attorney

PMC/jmz

CC:   Don Guild, IRS/Special Procedures

Enclosures

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
          Petitioner,          )
                               )
v.                             )   M.B.D. No. 04-10238-JGD
                               )
NIMA KARAMOUZ,                 )
          Respondent.          )
_____)
```

### ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Judith G. Dein for hearing on November 19, 2004 and the respondent, Nima Karamouz, not having shown any cause why he should not obey the Summons issued to him on November 4, 2003:

IT IS ORDERED that Nima Karamouz obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Gary Rodrigues or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before Friday, December 10, 2004 at 9:00 AM at the office of the Internal Revenue Service, 118 Turnpike Road, Suite 100, Southborough, MA 01772, Tel. #(508)460-0406.

Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

_____
JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2004

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _N. Karamouz_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12/2 |
| 1. Article Addressed to:<br><br>Nima Karamouz<br>113 Lakeview Drive<br>Cehterville, MA 02632 | D. Is delivery address different from item 1? ☑ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7000 1530 0000 4789 4718 |

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540

# EXHIBIT B

Case 1:04-mc-10238-DPW  Document 11  Filed 05/04/2005  Page 8 of 13

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

FILED
IN CLERKS OFFICE

2005 MAR -3  P 2:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | MBD #04-10238-JGD |
| DEFENDANT | TYPE OF PROCESS |
| Nima Karamouz | ORDER TO SHOW CAUSE |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
         Nima Karamouz
         ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT       113 Lakeview Drive, Centerville, MA  02632

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patricia M. Connolly, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA  02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                              Fold

Please serve on or before  3/29  , 2005

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER (617) 748-3282   DATE 1/13/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)   Total Process 1   District of Origin No. 38   District to Serve No. 38   Signature of Authorized USMS Deputy or Clerk   Date 2/14/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Nima Karamouz Sr (Father)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): Same

Date of Service 2/14/06   Time 6:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 30.70 | | | | | |

REMARKS: 2/16 No ans - 9:00 am
         2/18 No ans - 8:45 am

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>v. )<br>)<br>NIMA KARAMOUZ, )<br>)<br>Respondent. ) | MBD NO. 04-10238 |

**ORDER TO SHOW CAUSE WHY**
**RESPONDENT SHOULD NOT BE HELD IN CONTEMPT**

Petitioner has moved the Court to enter an order requiring Respondent to show cause why he should not be held in contempt of this Court's Order requiring him to appear before Revenue Officer Gary Rodrigues, or any other officer of the Internal Revenue Service, on or before December 10, 2004, to provide the financial information sought under an IRS Summons.

Based upon the Affidavit of Revenue Officer Gary Rodrigues, it appears that Respondent has failed and/or refused to obey said Order of Court. Upon the motion of Michael J. Sullivan, United States Attorney for the District of Massachusetts, this Court orders that Respondent appear and show cause why he should not be held in contempt.

It is hereby ORDERED that a copy of this Order be personally served upon Nima Karamouz on or before March 29, 2005.

It is further ORDERED that the Respondent, Nima Karamouz, appear before the District Court of Massachusetts, in the branch thereof presided over by the undersigned,

United States Magistrate Judge Judith Gail Dein, in Courtroom #15 on the 5th floor, in the United States Courthouse in Boston, on the **5th day of April, 2005, at 2:00 P.M.**, to show cause why he should not be held in contempt for his failure to obey the Order of this Court.

DATED at Boston, Massachusetts on this 7th day of February, 2005.

                                               / s / Judith Gail Dein
                                               Judith Gail Dein
                                               United States Magistrate Judge

# EXHIBIT C



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100
Secretary's Tel. No. (617) 748-3282
Fax No. (617) 748-3971

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way - Suite 9200*
*Boston, Massachusetts 02210*

March 21, 2005

Nima Karamouz
113 Lakeview Drive
Centerville, MA 02632

Re:   USA v. Nima Karamouz
      U.S. District Court MBD No. 04-10238-JGD

### NOTICE OF TIME CHANGE ON HEARING

Dear Mr. Karamouz:

With reference to the above-entitled action, this office has been notified by the court of a change in the time of hearing. Be advised that the Order to Show Cause Why Respondent Should Not Be Held In Contempt will now be heard at **3:00 pm on Tuesday, April 5, 2005** before Magistrate Judge Dein in Courtroom 15 on the 5th Floor of the U.S. Courthouse in Boston.

If you wish to avoid making a court appearance, you must comply with the IRS Summons, which indicates the documents that must be produced to Revenue Officer Gary Rodrigues. Kindly contact Revenue Officer Rodrigues at (508) 481-3281 to make arrangements to meet prior to the April 5, 2005 hearing.

Very truly yours,

*Patricia M Connolly*  /jmz
Patricia M. Connolly
Assistant U.S. Attorney

PMC/jmz

CC:   Jolyne D'Ambrosio, Sec'y to Hon. Judith G. Dein
      Don Guild, IRS Special Procedures