UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Petitioner,<br><br>v.<br><br>NIMA KARAMOUZ,<br>            Respondent. | )<br>)<br>)<br>)<br>)   M.B.D. NO. 04-10238-JGD<br>)<br>)<br>)<br>) |

### ORDER TO SHOW CAUSE
### WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT

Petitioner has moved the Court to enter an order requiring Respondent to show cause why he should not be held in contempt of this Court's Order requiring him to appear before Revenue Officer Gary Rodrigues, or any other officer of the Internal Revenue Service, on or before DECEMBER 10, 2004, to provide the financial information sought under an IRS Summons.

Based upon the facts stated in Petitioner's Second Motion for An Order to Show Cause Why Respondent Should Not Be Held In Contempt, and the previously filed Affidavit of the Revenue Officer Gary Rodrigues, it appears that Respondent has failed and/or refused to obey said Order of Court. Upon the motion, this Court orders that Respondent appear and show cause why he should not be held in contempt.

It is hereby ORDERED that a copy of this Order, be personally served upon Nima Karamouz on or before _6/20/05_____, 2005.

It is further ORDERED that the Respondent, Nima Karamouz, appear before the District Court of Massachusetts, in the branch thereof presided over by the undersigned, United States Magistrate Judge Dein, in her courtroom in the United States Courthouse in Boston, on the _30th_ day of _JuNE_, 2005, at _10:30_ AM/~~PM~~, to show cause why he should not be held in contempt for his failure to obey the Order of this Court.

Date: _5/9/_, 2005

_Judith Gail Dein_

JUDITH G. DEIN
United States Magistrate Judge

-2-



# Summons

EXHIBIT A

In the matter of  **Nima Karamouz, 70 Carlton Road, Waban, MA 02168**

Internal Revenue Service (Division):  **Small Business/Self Employed**

Industry/Area (name or number):  **Small Business/Self Employed Area: 1**

Periods  **ending December 31,1998; December 31,1999; December 31,2000; December 31,2001 and December 31,2002.**

## The Commissioner of Internal Revenue

To  __Nima Karamouz__

At  __70 Carlton Road Waban, MA 02168__

You are hereby summoned and required to appear before Anne Marie MacNamara, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **ending December 31,1998; December 31,1999; December 31,2000; December 31,2001 and December 31,2002.**, including but not limited to: statement of wages for the year(s) **ending December 31,1998; December 31,1999; December 31,2000; December 31,2001 and December 31,2002.**, statements regarding interest or dividend income for the year(s) **ending December 31,1998; December 31,1999; December 31,2000; December 31,2000; December 31,2001 and December 31,2002.**; employee earnings statements for the year(s) **ending December 31,1998; December 31,1999; December 31,2000; December 31,2001 and December 31,2002.**; records of deposits to bank accounts during the year(s) **ending December 31,1998; December 31,1999; December 31,2000; December 31,2001 and December 31,2002.**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **ending December 31,1998; December 31,1999; December 31,2000; December 31,2001 and December 31,2002.** (for which year(s) no return have been made) may be determined.

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.  NEW R/O GARY RODRIQUE

Anne Marie MacNamara
Signature of IRS Official Serving the Summons

**Revenue Officer, 04-00655**
Title

**Business address and telephone number of IRS officer before whom you are to appear:**

_118 Turnpike Road, Suite 100, Southborough, MA 01772  (508)460-0406_  (508) 481-3281

**Place and time for appearance at:**  _118 Turnpike Road, Suite 100, Southborough, MA 01772_

# IRS
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the   3rd   day of December  , 2003_  at 10:00   o'clock 10:00   a. m.

Issued under authority of the Internal Revenue Code this   4th   day of   November  , __2003__

Anne Marie MacNamara
Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer (if applicable)

Title

**Part A — to be given to person summoned**



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 11-4-2003 | 1 45 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): *TP's Atto MRS Caraudiz*

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|-----------|-------|
| Anne Marie MacNamara | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any):

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☒ No notice is required.

| Signature | Title |
|-----------|-------|
| Anne Marie MacNamara | Revenue Officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| Anne Marie MacNamara | Revenue Officer |

Form **2039** (Rev. 12-2001)