UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Petitioner, | : | |
| v. | : | |
| NIMA KARAMOUZ | : | Civil No. 04-10238-JGD |
| Respondent. | : | |

**AFFIDAVIT OF REVENUE OFFICER DONALD GUILD**

I, Donald Guild, pursuant to the provisions of 28 U.S.C.
Section 1746, hereby declare as follows:

1.    I am a revenue officer employed with the Internal
Revenue Service, with a post of duty at the JFK Federal Building,
Room 800, Boston, MA. 02222

2.    I am the revenue officer assigned to represent the
Internal Revenue Service in matters of summons enforcement in
this district, and I am representing the Internal Revenue Service
in the matter of the above-named respondent.

3.    According to the Internal Revenue Service's records,
based on the respondent's most recently filed employment tax
return, his last known business address is 18 Fordham Road,
Allston (Boston), MA. 02134.

4.    According to the Internal Revenue Service's records,
Mr. Karamouz established this business (known as Auto Design
Haus) in October, 1998 at the Allston address as a sole
proprietorship. The exact name of the business is Nima Karamouz,
Auto Design Haus.

5.    According to the Internal Revenue Service's records the Social Security number provided with the request for a Federal Identification Number for Auto Design Haus is that of Nima Karamouz.

6.    According to commercial external locator sources utilized by the Internal Revenue Service in investigations, the input of the Social Security number of Nima Karamouz returns an address, Auto Design Haus, 18 Fordham Road, Allston, MA.

7.    According to commercial external locator sources utilized by the Internal Revenue Service in investigations, a standard business directory search of Auto Design Haus returns an address of 18 Fordham Road and the chief executive as Nima Karamouz (misspelled "Karamuz")

8.    On June 13, 2005, the U.S. Marshall's Service attempted to serve an Order to Show Cause on Nima Karamouz at the business address. Nima Karamouz was not there but the order was accepted by an employee Joe Lopez.

9. On April 20, 2005, I telephoned Auto Design Haus and spoke to an unidentified employee and asked to speak to Nima Karamouz, the unidentified employee stated that he was not there at the time but would return later in the day.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at Boston, Massachusetts this ___5th___ day of July, 2005.

Donald Guild
Revenue Officer
Internal Revenue Service

NOTARY CERTIFICATION

On this __5th__ day of __July__, 2005, before me, the undersigned notary public, personally appeared

__DONALD  GUILD__ (name of document

signer), proved to me through satisfactory evidence of

identification, which were __I.R.S.  BADGE__, to be

the person whose name is signed on the preceding or

attached document, and who swore or affirmed to me that the

contents of the document are truthful and accurate to the

best of (his)(her) knowledge and belief.

(official signature and seal of notary)

LINDA M WEST
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 25, 2008

My commission expires _____

- 3 -