UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Petitioner,<br><br>v.<br><br>NIMA KARAMOUZ,<br>　　　Respondent. | M.B.D. No. 04-10238-JGD |

### FINDING OF CONTEMPT AND ORDER OF ARREST

　　The Court makes findings of fact and issues an order of arrest as follows:

　　1.　On November 29, 2004, United States Magistrate Judge Judith Gail Dein issued an Order Enforcing Internal Revenue Service Summons, which order directed the respondent to obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Gary Rodrigues, or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before December 10, 2004.

　　2.　On January 13, 2005, the petitioner filed a motion for an order to show cause why the respondent should not be held in contempt of the Court's Order Enforcing Internal Revenue Service Summons, and submitted with the motion an affidavit of Revenue Officer Gary Rodrigues which demonstrated that the respondent had not complied with the Order Enforcing Internal Revenue Service Summons.  On February 7, 2005, this Court (Dein, U.S.M.J.) issued

an Order directing the respondent to appear before the Court on April 5, 2005, at 3:00 p.m., to show cause why he should not be held in contempt of the Court's Order Enforcing Internal Revenue Service Summons. The Order was served upon the respondent by a U.S. Marshal on February 24, 2005.

3. The respondent did not appear before this Court on April 5, 2005, as ordered, and has not shown cause why he should not be held in contempt.

4. On May 9, 2005, this Court (Dein, U.S.M.J.) issued an Order directing the respondent to appear before the Court on June 30, 2005, at 10:30 a.m., to show cause why he should not be held in contempt of the Court's Order Enforcing Internal Revenue Service Summons. The Order was served upon the respondent at his place of business by a U.S. Marshal on May 16, 2005.

5. The respondent did not appear before this Court on June 30, 2005, as ordered, and has not shown cause why he should not be held in contempt.

6. The Court finds the respondent to be in civil contempt of the Order Enforcing Internal Revenue Service Summons issued November 29, 2004.

7. It is hereby ORDERED that the United States Marshal for the District of Massachusetts, any of his deputies, and any authorized officer arrest NIMA KARAMOUZ and bring him forthwith before the Court for the purpose of imposing a fine or ordering

that he be held in jail, or both, until such time as his contempt is purged.

DATED at Boston, this \_\_\_11th\_\_\_ day of July, 2005.

_____
JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE