AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
NIMA KARAMOUZ

**WARRANT FOR ARREST**

M.B.D.
CASE NUMBER: 04-10238-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Nima Karamouz___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: Deputy Clerk

Date and Location: 7/11/05

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |