UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA,   )
      Petitioner,                            )
                                            )
      v.                                         )    MBD No. 04-MC-10238-DPW/JGD
                                            )
NIMA KARAMOUZ,                     )
      Respondent.                         )
_____)

## MOTION TO WITHDRAW ORDER OF ARREST

    The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to withdraw the Order of Arrest for the reason that the above-named respondent is complying with the Internal Revenue Summons.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                            By:    /s/Patricia M. Connolly
                                    Patricia M. Connolly
                                    Assistant U.S. Attorney
                                    John Joseph Moakley U.S. Courthouse
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA  02210
                                    (617) 748-3282

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Respondent Nima Karamouz, by first class mail, postage prepaid on October 4, 2005.

                                            /s/Patricia M. Connolly
Dated: 10/4/05                             Assistant U.S. Attorney