UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | M.B.D. No. 04-10238-DPW/JGD |
| | ) | |
| NIMA KARAMOUZ, | ) | |
| Respondent. | ) | |

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue

Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of

Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal

Revenue Summons which was filed with this Court on September 7, 2004.

On November 29, 2004, this Court issued an Order Enforcing Internal Revenue

Service Summons for the respondent to appear before a Revenue Officer with the

described documents for examination and to give testimony.

-2-

The petitioner now seeks to withdraw its petition because the respondent has

complied with the Internal Revenue Service Summons.

Respectfully submitted:

MICHAEL J. SULLIVAN,
United States Attorney


By:  /s/Patricia M. Connolly
Patricia M. Connolly
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3282


Certificate of Service

I hereby certify that on this day I gave notice of the filing of the foregoing Motion
by mailing a copy of same, postage prepaid, first class mail to Nima Karamouz, 18
Fordham Road, Allston, MA  02134.

By:  /s/Patricia M. Connolly
Patricia M. Connolly
Assistant U.S. Attorney


Dated:  November 4, 2005